## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| SARAH IANNOZZI, | : | |
| | : | No. |
| Plaintiff, | : | |
| | : | |
| vs. | : | |
| | : | |
| HSBC USA, INC. and | : | **NOTICE OF REMOVAL** |
| HSBC BANK USA., and X, Y, Z | : | |
| CORPORATIONS, | : | |
| | : | |
| Defendants. | : | |

Pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1441 and 28 U.S.C. 1446, Defendant, HSBC Card Services, Inc. (misidentified in the Complaint as "HSBC USA, Inc. and HSBC Bank USA") ("HSBC"), by and through undersigned counsel, hereby removes to the United States District Court for the Eastern District of Pennsylvania the case styled as <u>Sarah Iannozzi v. HSBC USA, Inc., et al.</u>, Docket No. 2015-32332 (the "State Court Action"), originally filed in the Pennsylvania Court of Common Pleas of Montgomery County, Civil Division.

As grounds for removal, HSBC states as follows:

### THE REMOVED CASE

1.      Plaintiff, Sarah Iannozzi ("Plaintiff"), initiated the State Court Action by filing a Complaint against HSBC on December 31, 2015.  HSBC received the Complaint through U.S. Mail on or about January 4, 2016.  Pursuant to 28 U.S.C. 1446(a), a copy of the Summons and Complaint, as received by HSBC, is attached hereto as "Exhibit A."

2.      This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b), because it is filed within less than thirty days after service of the Summons and Complaint on HSBC.

3.      In the Complaint, Plaintiff alleges that HSBC violated the federal Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA"), because it "failed and willfully refused to conduct an investigation" regarding an alleged consumer debt which appeared on Plaintiff's credit report, despite allegedly receiving written requests from Plaintiff to do so. (Compl. ¶¶ 17-18.)   Plaintiff also alleges that HSBC improperly verified "derogatory information" to Experian Information Solutions, Inc., without first conducting an appropriate investigation. (Id. ¶ 20, 29.)

4.      Consequently, Plaintiff has asserted claims arising under the laws of the United States, namely, FCRA.

5.      This Court has federal question jurisdiction over the entire case pursuant to 28 U.S.C. § 1331, in that the claims "aris[e] under the … laws … of the United States."

6.      This Court is the United States District Court for the district within which the State Court Action is pending.  The State Court Action is properly removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

7.      Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal, together with a copy of this Notice of Removal and attached exhibits, is being filed with the Prothonotary of the Montgomery County Court of Common Pleas, Civil Division, and served on Plaintiff.  A copy of the Notice to the State Court of Filing of Notice of Removal is attached hereto as "Exhibit B."

8.      In filing this Notice of Removal, HSBC reserves any and all defenses, objections, and exceptions, including without limitation those relating to jurisdiction, venue, and statutes of limitation.

WHEREFORE, HSBC hereby removes the State Court Action to the United States District Court for the Eastern District of Pennsylvania.

Christine M. Debevec
Thomas M. Brodowski
Stradley Ronon Stevens & Young, LLP
A Pennsylvania Limited Liability Partnership
2005 Market Street, Suite 2600
Philadelphia, PA 19103
(215) 564-8000
(215) 564-8120 – fax

*Attorneys for Defendant,*
*HSBC Card Services, Inc.*
*(misidentified in the Complaint as "HSBC USA, Inc.*
*and HSBC Bank USA")*

Dated:   February 2, 2016

## CERTIFICATE OF SERVICE

I, Thomas M. Brodowski, hereby certify that on February 2, 2016, I caused the foregoing Notice of Removal, and accompanying exhibits, to be sent for filing to the Clerk of the United States District Court for the Eastern District of Pennsylvania.

I further certify that on this date, I caused a true and correct copy of the foregoing to be served via UPS Overnight Delivery, First Class U.S. mail and e-mail upon the following:

> Vicki Piontek, Esquire
> 951 Allentown Road
> Lansdale, PA 19446
> vicki.piontek@gmail.com
> *Attorney for Plaintiff*

_____
Thomas M. Brodowski

# Exhibit A

SARAH IANNOZZI

vs.

HSBC USA INC



NO. 2015-32332



JAN 0 7 2016

BY:

## NOTICE TO DEFEND - CIVIL

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

LAWYER REFERENCE SERVICE
MONTGOMERY BAR ASSOCIATION
100 West Airy Street (REAR)
NORRISTOWN, PA 19404-0268

(610) 279-9660, EXTENSION 201

IN THE COURT OF COMMON PLEAS
OF MONTGOMERY COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| Sarah Iannozzi | : | |
| 2039 Canyon Creek Road | : | Civil Action - Law |
| Gilbertsville, PA  19525 | : | |
| v.                    Plaintiff | : | |
| HSBC USA, INC. | : | Jury Trial Demanded |
| 452 5th Ave. | : | |
| New York, NY 10018 | : | |
| and | : | 2015-32332 |
| HSBC Bank USA | : | |
| 1105 North Market Street, Floor 1 | : | |
| Wilmington, DE, 19801 | : | |
| and | : | |
| X,Y, Z Corporations | : | |
| Defendant | : | |

**NOTICE**

    YOU HAVE BEEN SUED IN COURT.  IF YOU WISH TO DEFEND AGAINST THE CLAIMS SET FORTH IN THE FOLLOWING PAGES, YOU MUST TAKE ACTION WITHIN TWENTY (20) DAYS AFTER THE COMPLAINT AND NOTICE ARE SERVED BY ENTERING A WRITTEN APPEARANCE PERSONALLY OR BY ATTORNEY AND FILING IN WRITING WITH THE COURT YOUR DEFENSES OR OBJECTIONS TO THE CLAIMS SET FORTH AGAINST YOU.  YOU ARE WARNED THAT IF YOU FAIL TO DO SO THE CASE MAY PROCEED WITHOUT YOU AND A JUDGMENT MAY BE ENTERED AGAINST YOU BY THE COURT WITHOUT FURTHER NOTICE FOR ANY MONEY CLAIMED OR FOR ANY OTHER CLAIM OR RELIEF REQUESTED BY THE DEFENDANT.  YOU MAY LOSE MONEY OR PROPERTY OR OTHER RIGHTS IMPORTANT TO YOU.

    YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE.  IF YOU DO NOT HAVE A LAWYER OR CANNOT AFFORD ONE, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW TO FIND OUT WHERE YOU CAN GET LEGAL HELP.  THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

LAWYER REFERENCE SERVICE
MONTGOMERY COUNTY BAR ASSOCATION
100 West Airy Street (REAR), NORRISTOWN, PA 19401
(610) 279-9660, EXTENSION 201

Montgomery County Legal Aid Services
625 Swede Street, Norristown, PA 19401
610-275-5400

IN THE COURT OF COMMON PLEAS
OF MONTGOMERY COUNTY, PENNSYLVANIA

Sarah Iannozzi                          :
2039 Canyon Creek Road                  :        Civil Action - Law
Gilbertsville, PA  19525                :
v.                          Plaintiff    :
HSBC USA, INC.                          :        Jury Trial Demanded
452 5th Ave.                            :
New York, NY 10018                      :
and                                     :        2015-32332
HSBC Bank USA                           :
1105 North Market Street, Floor 1       :
Wilmington, DE, 19801                   :
and                                     :
X,Y, Z Corporations                     :
                            Defendant    :

**COMPLAINT**

1.      This is an action brought by a consumer for violation of alleged violations of the Fair Credit

        Reporting Act (FCRA), 15 USC 1681 et. Seq..


2.      Plaintiff is Sarah Iannozzi, an adult individual whose principle residence is located at 2039

        Canyon Creek Road, Gilbertsville, PA  19525.


3.      Defendants are the following.

        a.   HSBC USA, INC., 452 5th Ave., New York, NY 10018.

        b.   HSBC Bank USA, NA, 1105 N Market Street, Floor 1, Wilmington, DE, 19801 .


        c.   X,Y,Z Corporations, business identities whose identities are not known to Plaintiff at this

             time, but which will become known upon proper discovery.  It is believed and averred

             that such entities played a substantial role in the commission of the acts described in this

             complaint.

## JURISDICTION AND VENUE

4.    All previous paragraphs of this complaint are incorporated by reference and made a part of this complaint

5.    Defendant(s) regularly transact(s) business throughout the Commonwealth of Pennsylvania, and in this jurisdiction.

6.    Defendant obtains the benefit(s) of regularly transacting business in this jurisdiction.

7.    A substantial portion of the conduct, acts or omissions complained of in this action occurred in this jurisdiction.

8.    Plaintiff resides in this jurisdiction.

Case# 2015-32552-2 Docketed at Montgomery County Prothonotary on 12/31/2015 11:54 AM, Fee = $0.00

## COUNT ONE:  VIOLATION OF THE FAIR CREDIT REPORTING ACT,

### 15 USC 1681 s-2(a)

### *"Johnson Violation"*

9.     All previous paragraphs of this complaint are incorporated by reference and made a part of this complaint.

10.    At all times mentioned herein Plaintiff was a consumer as defined by the FCRA.

11.    At all times mentioned herein Defendant was a furnisher of information as defined by the FCRA.

12.    At various times in writing, Plaintiff contacted Defendant about an alleged consumer debt that appeared on her credit report.

13.    The alleged consumer debt had been placed on Plaintiff's credit report by Defendant, and Defendant was therefore a furnisher of information for purposes of the FCRA.

14.    15 USC 1681 s-2 requires a furnisher to conduct a reasonable investigation of an account which appears on a consumer's credit report, upon written request of the consumer to do so.

15.     The United States Court of Appeals for the Fourth Circuit held that the FCRA requires furnisher to conduct detailed examinations of the documents underlying customer transactions before responding to inquiries about a customer's debt, instead of relying on computer databases that provide convenient but potentially incomplete or inaccurate customer account information.  See *Johnson v. MBNA America Bank*, No. 03-1235 (February 11, 2004).

16.     The Federal Trade Commission has issued a consent order stating that a debt collector must refer to original account records when necessary to investigate a dispute. U.S. v. Performance Capital Mgmt. (Bankr. C.D. Cal. Aug. 24, 2000) (consent decree). A debt collector shouldn't be able to rely on the balance due transmitted by the original collector during the sale of the account. If the debt collector cannot or is unwilling to obtain the original account records, the information should be deleted.

17.     At various times in writing, Plaintiff requested that Defendant conduct an investigation about the alleged consumer debt that appeared on Plaintiff's credit report.

18.     Defendant(s) failed and willfully refused to conduct an investigation of Plaintiff's account in violation of Defendant's duties pursuant of 15 USC 1681 s-2 et. seq.

19.     After Defendant(s) failed and willfully refused to conduct and investigation of Plaintiff's account, Defendant(s), Plaintiff was left with no other recourse than to dispute the account with Experian Information Solutions, Inc., a consumer reporting agency as defined by 15 USC 1681a et. seq. of the FDCPA.

20.     After Plaintiff disputed the account with Experian Information Solutions, Inc., Defendant

        then verified the alleged account Experian Information Solutions, Inc., despite having

        willfully refused to conduct an investigation of Plaintiff's account in violation of Defendant's

        duties pursuant of 15 USC 1681 s-2 et. seq.


21.     Upon information and belief, it is averred that Defendant(s) have a standard practice policy

        which contradicts its duties to investigate a disputed account under 15 USC 1861 s-2.


22.     Defendant verified the alleged account with Experian Information Solutions, Inc., without

        ever having produced the purported contract governing the account which to justify the

        alleged balance.

## LIABILITY

23.    The previous paragraphs of this complaint are incorporated by reference and made a part

hereof.

24.    At all times various employees and / or agents of Defendant were acting as agents of

Defendant, and therefore Defendant is liable to for the acts committed by its agents and / or

employees under the doctrine of respondeat superior.

25.    At all times various employees and / or agents of Defendant were acting as agents of

Defendant, and therefore Defendant is liable to Plaintiff for the acts committed by its agents

and / or employees under the theory of joint and several liability because Defendant and its

agents were engaged in a common business venture and were acting jointly and in concert.

26.    Plaintiff bring this action against Defendant(s) under 15 USC 1681 s-2(b), as distinguished

from 15 USC 1681s-2(a).

27.    There is no private cause of action under 15 USC 1681s-2(a).

28.    But there is a private cause of action under 15 USC 1681s-2(b).  See the following case law

which distinguishes between the government right of action under 15 USC 1681s-2(a), and

the private cause of action under 15 USC 1681s-2(b).

Marshall v. Swift River Academy, LLC, 2009 WL 1112768 (9th Cir. 2009).
A consumer has no private right of action under FCRA against furnisher merely because the
furnisher failed to provide accurate information to consumer reporting agencies.

<u>Beisel v. ABN Ambro Mortgage, Inc., No. 07-2219, 2007 WL2332494, *1 (E.D. Pa. Aug. 10, 2007)</u>.
In order to prevail on a FCRA claim Plaintiff "must prove [he] notified a credit reporting agency of the dispute, the credit reporting agency then notified the furnisher of information, and the furnisher of information failed to investigate or rectify the disputed charge.").

<u>Catanzaro v. Experian Information Solutions, Inc., 671 F. Supp.2d 256, 260 (D. Mass. 2009)</u>.
Notification by a consumer reporting agency to the furnisher is a prerequisite for furnisher liability under FCRA.

<u>Kaetz v. Chase Manhattan Bank, 2007 WL 1343700, *3 (M.D. Pa. 2006)</u>. The Court dismissed Plaintiff's Complaint, but only because Plaintiff failed to allege that he disputed the accuracy of the debt to a credit agency, or that the credit agency thereafter reported dispute to defendant.

29.    Because Plaintiff first disputed the account with Defendant(s) , and then disputed the account

       with Experian Information Solutions, Inc. afterwards, and then Defendant(s) verified the

       derogatory information to Experian Information Solutions, Inc., in a manner that was

       unacceptable under FCRA, Plaintiff does have a private cause of action against Defendant

       pursuant to 15 USC 1681s-2(a).

## DAMAGES

30.     The preceding paragraphs are incorporated by reference and made a part hereof.

31.     Plaintiff's actual damages are $1.00 more or less, including but not limited to postage, phone

         calls, fax, gas, mileage, etc.

32.     Plaintiff believes and avers that Plaintiff is entitled to $1,000.00 statutory damages under 15

         USC 1681 et. seq.

33.     Plaintiff suffered some emotional distress, anger and frustration as a result of his rights being

         violated by Plaintiff and the rights of other consumers.

34.     The value of Plaintiff's emotional distress shall be proven at trial.

35.     Plaintiff believes and avers that for purposes of a default judgment, Plaintiff's distress has a

         Dollar value of no less than $5,000.00.

36.     Plaintiff believes and avers that the acts committed by Defendant are willful, wanton

         intentional, or reckless at best.  Plaintiff believes and avers that Defendant's acts are

         systemic.  Therefore, punitive damages are warranted.

37.     Plaintiff believes and avers that punitive damages should be awarded to Plaintiff in the

         amount of no less than $5,000.

**ATTORNEY FEES**

38.     The preceding paragraphs are incorporated by reference and made a part hereof.

39.     Plaintiff believes and avers that Plaintiff is entitled to reasonable attorney fees of $2,100.00
        at a rate of $350.00 per hour, described below.

        a.  Consultation with client, review of file, drafting
            and mailing dispute letters.                         2

        b.  Drafting , editing, review, filing and service
            of compliant and related documents                   2

        c.  Follow up correspondence with Defense
            and client                                           2

                                                      _____
                                                      Total = 6 x $350 per hour = $2,100.00

40.     Plaintiff's attorney fees continue to accrue as the case moves forward.

## OTHER RELIEF

41.   The previous paragraphs of this Complaint are incorporated by reference and made a part of this Complaint.

42.   Plaintiff requests an order from this Honorable C=hbourt directing Defendant to report Plaintiff's account(s)(s) referred to in the attached exhibits as "disputed," in accordance with 15 USC 1681 s-2, or not to report the account(s) at all.

43.   Plaintiff requests such other relief as this court may deem just and proper.

44.   Plaintiff requests and demands a jury trial in this matter.

Wherefore, Plaintiff demands judgment against Defendant(s) in the amount of   $13,101 enumerated

as follows, or other amount determined by this Honorable Court.


$1.00 actual damages

$1,000.00 statutory damages for FCRA violation

$2,100.00  attorney fees

$5,000 emotional distress

$5,000 punitive damages

_____

$13,101.00


Plaintiff seeks such other relief as this Court deems fair and just.



/s/ Vicki Piontek                              12/31/2015
_____           _____
Vicki Piontek, Esquire                    Date
Attorney for Plaintiff
951 Allentown Road
Lansdale, PA  19446
877-737-8617
Fax:  866-408-6735
palaw@justice.com

IN THE COURT OF COMMON PLEAS
OF MONTGOMERY COUNTY, PENNSYLVANIA

| | | |
|---|---|---|
| Sarah Iannozzi | : | |
| 2039 Canyon Creek Road | : | |
| Gilbertsville, PA 19525 | : | Civil Action - Law |
| v. | Plaintiff : | |
| HSBC USA, INC. | : | |
| 452 5th Ave. | : | |
| New York, NY 10018 | : | |
| and | : | Jury Trial Demanded |
| HSBC Bank USA | : | |
| 1105 North Market Street, Floor 1 | : | |
| Wilmington, DE, 19801 | : | |
| and | : | |
| John Does 1-10 | : | |
| Defendant | : | |

**VERIFICATION**

I, Sarah Iannozzi       , have read the attached complaint. The statement s contained therein are true and correct to the best of my knowledge, understanding and belief.



_____         12-16-15
Sarah Iannozzi                            Date

# EXHIBITS

Case# 2015-32332-2 Docketed at Montgomery County Prothonotary on 12/31/2015 11:34 AM, Fee = $0.00

Sarah J. Iannozzi
2039 Canyon Creek Road - Gilbertsville, PA  19525
215-███████

HSBC Bank
PO Box 9 Buffalo
NY 14240.0009:

RE:  Sarah J. Iannozzi        SSN: 1█████        DOB: ███████
Original Alleged Creditor: HSBC Bank
HSBC Partial Account No.████████ xxxx
Balance $0
Alleged Charge Off Balance $163

To Whom it May Concern:

    Your company has placed derogatory information about the above referenced account on my credit report.  I wish to dispute the above referenced account.

    I am not disputing that this account pertains to me.  But I am disputing the amount of the alleged charge off balance which you are claiming.

    Please provide me with a copy of the contract which proves the amount of the alleged charge off balance which you are claiming.  If you do not have a contract, then please provide specific and detailed alternate proof of the alleged high balance.

    If you do not have this documentation, then please remove the derogatory information from my consumer report.

    Thank you.

Sincerely,

Sarah J. Iannozz                    Date   13-15



**HSBC**

Taxpayer Financial Services
90 Christiana Road, New Castle, Delaware 19720

$ 00.69⁰

MAILED FROM ZIP CODE

1 9525700139

Case# 2015-32332-2 Docketed at Montgomery County Prothonotary on 12/31/2015 11:34 AM, Fee = $0.00

# ORCHARD BANK



SARAH J IANNOZZI

Page 1 of 1

| ACCOUNT SUMMARY | |
|---|---|
| ACCOUNT NUMBER | ....4018 |
| CASH CREDIT LIMIT † | $75 |
| CASH LIMIT AVAILABLE | $0 |
| TOTAL CREDIT LIMIT | $300 |
| TOTAL CREDIT LIMIT AVAILABLE | $0 |
| STATEMENT DATE | 01/15/00 |

† Cash Credit Limit is a portion of the Total Credit Limit

| PAYMENT SUMMARY | |
|---|---|
| MINIMUM PAYMENT* | $22.00 |
| PAYMENT DUE DATE | 02/05/00 |
| OVERLIMIT AMOUNT | $152.99 |
| PAST DUE AMOUNT | $23.00 |
| CURRENT PAYMENT DUE* | $204.99 |

*To avoid additional late and/or overlimit fees, you must pay the Current Payment Due (which includes the Minimum Payment and any Past Due and/or Overlimit Amount). *See About Your Payment on reverse for an explanation of these amounts.

| BALANCE SUMMARY | | |
|---|---|---|
| PREVIOUS BALANCE | | $441.62 |
| PAYMENTS/CREDITS | - | $0.00 |
| PURCHASES/DEBITS | + | $30.00 |
| LATE PAYMENT CHARGE | + | $0.00 |
| MISC. FINANCE CHARGE | + | $0.00 |
| FINANCE CHARGE | + | $11.37 |
| NEW BALANCE | = | $452.99 |

## TRANSACTION SUMMARY
(For additional transaction detail go to www.orchardbank.com)

| TRANS DATE | POST DATE | TRANSACTION DESCRIPTION | REFERENCE NUMBER | AMOUNT CHARGES | CREDITS |
|---|---|---|---|---|---|
| 01/05 | 01/05 | OVERLIMIT CHARGE ASSESSMENT | 1000000005000000999978200 | $30.00 | |

YOUR ACCOUNT IS NOW PAST DUE. PLEASE CALL TODAY TO MAKE YOUR PAYMENT OVER THE PHONE. CALL US AT 800-434-4954.

## PERIODIC FINANCE CHARGE SUMMARY
This is a grace account. Grace period information on back.

| | Balance Subject To Finance Charge Average Daily Balance | Daily Periodic Rate | Days In Billing Cycle | Finance Charges At Periodic Rate | NOMINAL ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|
| PURCHASES | $453.51 | 0.08050%(M) | 31 | $11.37 | 29.49%(M) |
| CASH ADVANCES | $0.00 | 0.08050%(M) | 31 | $0.00 | 29.49%(M) |
| ANNUAL PERCENTAGE RATE** | | | | | 32.49% |

**May be higher than Nominal Percentage Rate if statement includes misc. finance charges.
(M) indicates variable rate

## IMPORTANT INFORMATION
Your credit line available for Cash Advances has been adjusted as shown in the Cash Credit Limit above.

✔ MAIL PAYMENTS TO:
HSBC CARD SERVICES
PO BOX 17051
BALTIMORE MD 21297-1051

☎ QUESTIONS?
24-HOUR AUTOMATED ACCOUNT INFORMATION
ENGLISH 1-800-477-1024
ESPAÑOL 1-503-293-4334
✉ Manage your account online at:
www.orchardbank.com

✉ MAIL INQUIRIES TO:
HSBC CARD SERVICES
PO BOX 60084
SALINAS CA 93012-0084

110010 5 A 11  0000000506  G   STMT07  D 1                    00095371        0031

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT: To Assure Proper Credit Please Write Your Account Number On Your Check

| Account Number | | ....4018 |
|---|---|---|
| New Balance | $452.99 | Minimum Payment | $22.00 |
| Payment Due Date | 02/05/00 | Current Payment Due | $204.99 |

Include account number on check to HSBC CARD SERVICES. Do not send cash. Send payment 7 to 10 days prior to Payment Due Date to ensure timely delivery. To avoid additional late and/or overlimit fees, pay the Current Payment Due.

Amount Enclosed

#SBWAIHYTS
#3830132440199
SARAH J IANNOZZI
41 N RICHARDSON AVE
LANSDALE PA 19446-2125

HSBC CARD SERVICES
PO BOX 17051
BALTIMORE MD 21297-1051

4663090013244018000204990004829 95

# ORCHARD BANK



SARAH J IANNOZZI

Page 1 of 1

| ACCOUNT SUMMARY | |
|---|---|
| ACCOUNT NUMBER | ███4018 |
| CASH CREDIT LIMIT † | $75 |
| CASH LIMIT AVAILABLE | $0 |
| TOTAL CREDIT LIMIT | $300 |
| TOTAL CREDIT LIMIT AVAILABLE | $0 |
| STATEMENT DATE | 02/11/09 |

† Cash Credit Limit is a portion of the Total Credit Limit

| PAYMENT SUMMARY | |
|---|---|
| MINIMUM PAYMENT* | $23.00 |
| PAYMENT DUE DATE | 03/08/09 |
| OVERLIMIT AMOUNT | $195.24 |
| PAST DUE AMOUNT | $105.00 |
| **CURRENT PAYMENT DUE*** | **$218.24** |

To avoid additional late and/or overlimit fees, you must pay the Current Payment Due (which includes the Minimum Payment and any Past Due and/or Overlimit Amount). *See About Your Payment on reverse for an explanation of these amounts.

| BALANCE SUMMARY | | |
|---|---|---|
| PREVIOUS BALANCE | | $482.99 |
| PAYMENTS/CREDITS | - | $0.00 |
| PURCHASES/DEBITS | + | $0.00 |
| LATE PAYMENT CHARGE | + | $0.00 |
| MISC. FINANCE CHARGE | + | $0.00 |
| FINANCE CHARGE | + | $12.25 |
| NEW BALANCE | | $495.24 |

### PERIODIC FINANCE CHARGE SUMMARY
This is a grace account. Grace period information on back.

| | Balance Subject To Finance Charge Average Daily Balance | Daily Periodic Rate | Days in Billing Cycle | Finance Charges At Periodic Rate | NOMINAL ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|
| PURCHASES | $482.99 | 0.03050%(V) | 31 | $12.25 | 29.40%(V) |
| CASH ADVANCES | $0.00 | 0.08000%(V) | 31 | $0.00 | 29.49%(V) |
| ANNUAL PERCENTAGE RATE** | | 29.490% | | | |

**May be higher than Nominal Percentage Rate if statement includes misc. finance charges.
(V) indicates variable rate

### IMPORTANT INFORMATION
Your account has been placed with a collection agency. Please contact them directly, or call us at 1-800-388-5333.

✓ **MAIL PAYMENTS TO:**
HSBC CARD SERVICES
PO BOX 17051
BALTIMORE MD 21297-1051

☎ **QUESTIONS?**
24-HOUR AUTOMATED ACCOUNT INFORMATION
ENGLISH 1-800-477-1024
ESPAÑOL 1-800-393-4834
🖳 Manage your account online at:
www.orchardbank.com

✉ **MAIL INQUIRIES TO:**
HSBC CARD SERVICES
PO BOX 80084
SALINAS CA 93912-0084

11001051 11 0000000503 Q   STMT07 D 1                00021339   CDS1

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT: To Assure Proper Credit Please Write Your Account Number On Your Check

| Account Number | ████4018 |
|---|---|
| New Balance | $495.24 |
| Payment Due Date | 03/08/09 |

| | |
|---|---|
| Minimum Payment | $23.00 |
| Current Payment Due | $218.24 |

Include account number on check to HSBC CARD SERVICES. Do not send cash. Send payment 7 to 10 days prior to Payment Due Date to ensure timely delivery. To avoid additional late and/or overlimit fees, pay the Current Payment Due.

Amount Enclosed

SBWNHYTS
#363012440194#
SARAH J IANNOZZI
41 N RICHARDSON AVE
LANSDALE PA 19446-2128

HSBC CARD SERVICES
PO BOX 17051
BALTIMORE MD 21297-1051

4663090013244018000218240004 95243

# ORCHARD BANK®



SARAH J IANNOZZI

Page 1 of 2

### ACCOUNT SUMMARY

| | |
|---|---|
| ACCOUNT NUMBER | ▮▮▮▮4018 |
| CASH CREDIT LIMIT † | $500 |
| CASH LIMIT AVAILABLE | $0 |
| TOTAL CREDIT LIMIT | $300 |
| TOTAL CREDIT LIMIT AVAILABLE | $0 |
| STATEMENT DATE | 12/11/08 |

### PAYMENT SUMMARY

| | |
|---|---|
| MINIMUM PAYMENT* | $20.00 |
| PAYMENT DUE DATE | 01/05/09 |
| OVERLIMIT AMOUNT | $141.62 |
| PAST DUE AMOUNT | $63.00 |
| **CURRENT PAYMENT DUE** | **$161.62** |

To avoid additional late and/or overlimit fees, you must pay the Current Payment Due (which includes the Minimum Payment and any Past Due and/or Overlimit Amounts). *See About Your Payment on reverse for an explanation of these amounts.

### BALANCE SUMMARY

| | | |
|---|---|---|
| PREVIOUS BALANCE | | $388.03 |
| PAYMENTS/CREDITS | – | $0.00 |
| PURCHASES/DEBITS | + | $33.68 |
| LATE PAYMENT CHARGE | + | $0.00 |
| HSBC FINANCE CHARGE | + | $0.00 |
| FINANCE CHARGE | + | $9.91 |
| NEW BALANCE | = | $441.62 |

† Cash Credit Limit is a portion of the Total Credit Limit

### TRANSACTION SUMMARY
(For additional transaction detail go to www.orchardbank.com)

| TRANS DATE | POST DATE | TRANSACTION DESCRIPTION | REFERENCE NUMBER | CHARGES | AMOUNT CREDITS |
|---|---|---|---|---|---|
| 12/06 | 12/07 | OVERLIMIT CHARGE ASSESSMENT | 1000000008000009984300 | $30.00 | |
| 12/11 | 12/11 | ACCOUNTSECURE PLUS 800-690-1532 | | $3.68 | |

YOUR ACCOUNT IS NOW PAST DUE. PLEASE CALL TODAY TO MAKE YOUR PAYMENT OVER THE PHONE. CALL US AT 800-454-4094.

### PERIODIC FINANCE CHARGE SUMMARY
This is a grace account. Grace period information on back.

| | Balance Subject To Finance Charge Average Daily Balance | Daily Periodic Rate | Days In Billing Cycle | Finance Charges At Periodic Rate | NOMINAL ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|
| PURCHASES | $406.74 | 0.08059%(M) | 30 | $9.91 | 29.49%(M) |
| CASH ADVANCES | $0.00 | 0.08059%(M) | 30 | $0.00 | 29.49%(M) |
| ANNUAL PERCENTAGE RATE** | 29.490% | | | | |

**May be higher than Nominal Percentage Rate if statement includes misc. finance charges.
(V) indicates variable rate

✓ **MAIL PAYMENTS TO:**
HSBC CARD SERVICES
PO BOX 17051
BALTIMORE MD 21297-1051

☎ **QUESTIONS?**
24-HOUR AUTOMATED ACCOUNT INFORMATION
ENGLISH 1-800-477-1024
ESPAÑOL 1-800-300-4834
🖥 Manage your account online at:
www.orchardbank.com

✉ **MAIL INQUIRIES TO:**
HSBC CARD SERVICES
PO BOX 80084
SALINAS CA 93912-0084

110010 8 A 11  0000000506  G  STMT07  D 1                              00023012        0031

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT: To Assure Proper Credit Please Write Your Account Number On Your Check

---

| Account Number | | | ▮▮▮▮4018 |
|---|---|---|---|
| New Balance | $441.62 | Minimum Payment | $20.00 |
| Payment Due Date | 01/05/09 | Current Payment Due | $161.62 |

Include account number on check to HSBC CARD SERVICES. Do not send cash. Send payment 7 to 10 days prior to Payment Due Date to ensure timely delivery. To avoid additional late and/or overlimit fees, pay the Current Payment Due.

Amount Enclosed

#BWRHYTS
#3630132440195
SARAH J IANNOZZI
41 N RICHARDSON AVE
LANSDALE PA  19446-2125

HSBC CARD SERVICES
PO BOX 17051
BALTIMORE  MD  21297-1051

4663090013244018000361620004416294

Case# 2015-32332-2 Docketed at Montgomery County Prothonotary on 12/31/2015 11:34 AM, Fee = $0.00

# ORCHARD BANK®



SARAH J IANNOZZI

Page 2 of 2

┌──────────────────────────────────────────────┐
│ **IMPORTANT INFORMATION**                      │
│ Your AccountSecure® protection has been        │
│ suspended due to the past due status of your   │
│ account. Your benefits may be eligible for     │
│ reinstatement once the status of your account  │
│ meets the eligibility requirements outlined in │
│ the enrollment information.                    │
└──────────────────────────────────────────────┘

**********CARDMEMBER NEWS**********

Save time - pay your bill online.
Don't waste time and money on stamps and checks! Simply choose your payment amount and select a payment date. Enroll today at orchardbank.com.

✓ **MAIL PAYMENTS TO:**
HSBC CARD SERVICES
PO BOX 17051
BALTIMORE MD 21297-1051

☎ **QUESTIONS?**
24-HOUR AUTOMATED ACCOUNT INFORMATION
ENGLISH 1-800-777-1054
ESPAÑOL 1-800-388-5804
✉ Manage your account online at:
www.orchardbank.com

✉ **MAIL INQUIRIES TO:**
HSBC CARD SERVICES
PO BOX 60004
SALINAS CA 93912-0004

00002012       CDS1

110010 9 A 11  000000008   0   STMT07   D 1
PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT: To Assure Proper Credit Please Write Your Account Number On Your Check



# HSBC

January 23, 2015

Sarah Iannozzi
2039 Canyon Creek Rd
Gilbertsville PA 19525

RE: Account # ending in 4018

Dear Sarah Iannozzi,

Thank you for your recent correspondence dated January 3, 2015.

Your account originally opened with a contract date of October 1, 2007 was sold to Portfolio
Recovery on or about September 18, 2009 due to delinquency and charge-off. Accordingly, we
have forwarded your correspondence to Portfolio Recovery, owner of your account.

Our records indicate a first date of delinquency is September 11, 2008.  Credit Bureau reporting
remains with the account for 7 years from the 1st date of delinquency therefore any reporting
would automatically purge off of the bureaus on or about September 11, 2015.  Enclosed are the
most recent statements for the account referenced above.

If you have any additional questions regarding your account, please contact to Portfolio
Recovery at 1-800-772-1413.

Sincerely,

Transitional Services, HSBC

HSBC Bank USA, National Association
Card Operations, Transitional Services
90 Christiana Road
New Castle DE 19720
Fax (877) 626-1754

# ORCHARD BANK



SARAH J IANNOZZI

Page 1 of 1

| ACCOUNT SUMMARY | |
|---|---|
| ACCOUNT NUMBER | ▆▆▆▆4018 |
| CASH CREDIT LIMIT † | $75 |
| CASH LIMIT AVAILABLE | $0 |
| TOTAL CREDIT LIMIT | $300 |
| TOTAL CREDIT LIMIT AVAILABLE | $0 |
| STATEMENT DATE | 03/11/09 |

† Cash Credit Limit is a portion of the Total Credit Limit

| PAYMENT SUMMARY | |
|---|---|
| MINIMUM PAYMENT* | $22.00 |
| PAYMENT DUE DATE | 04/05/09 |
| OVERLIMIT AMOUNT | $206.57 |
| PAST DUE AMOUNT | $126.00 |
| CURRENT PAYMENT DUE* | $228.57 |

To avoid additional late and/or overlimit fees, you must pay the Current Payment Due (which includes the Minimum Payment and any Past Due and/or Overlimit Amount). *See About Your Payment on reverse for an explanation of these amounts.

| BALANCE SUMMARY | | |
|---|---|---|
| PREVIOUS BALANCE | | $496.24 |
| PAYMENTS/CREDITS | − | $0.00 |
| PURCHASES/DEBITS | + | $0.00 |
| LATE PAYMENT CHARGE | + | $0.00 |
| MISC. FINANCE CHARGE | + | $0.00 |
| FINANCE CHARGE | + | $11.33 |
| NEW BALANCE | = | $506.57 |

### PERIODIC FINANCE CHARGE SUMMARY
This is a grace account. Grace period information on back.

| | Balance Subject To Finance Charge Average Daily Balance | Daily Periodic Rate | Days in Billing Cycle | Finance Charges At Periodic Rate | NOMINAL ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|
| PURCHASES | $500.65 | 0.08060%(V) | 28 | $11.33 | 29.49%(V) |
| CASH ADVANCES | $0.00 | 0.08060%(V) | 28 | $0.00 | 29.49%(V) |
| ANNUAL PERCENTAGE RATE** | 29.490% | | | | |

**May be higher than Nominal Percentage Rate if statement includes misc. finance charges.
(V) indicates variable rate

✓ **MAIL PAYMENTS TO:**
HSBC CARD SERVICES
PO BOX 17051
BALTIMORE MD 21297-1051

☎ **QUESTIONS?**
24-HOUR AUTOMATED ACCOUNT INFORMATION
ENGLISH 1-800-477-1024
ESPAÑOL 1-800-395-4834
✉ Manage your account online at
www.orchardbank.com

✉ **MAIL INQUIRIES TO:**
HSBC CARD SERVICES
PO BOX 80084
SALINAS CA 93912-0084

110010 81 11  0000000558  G  STMT07  D 1                    00016318        0061

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT: To Assure Proper Credit Please Write Your Account Number On Your Check

| Account Number | | ▆▆▆▆4018 |
|---|---|---|
| New Balance | $506.57 | Minimum Payment | $22.00 |
| Payment Due Date | 04/05/09 | Current Payment Due | $228.57 |

Include account number on check to HSBC CARD SERVICES. Do not send cash. Send payment 7 to 10 days prior to Payment Due Date to ensure timely delivery. To avoid additional late and/or overlimit fees, pay the Current Payment Due.

Amount
Enclosed

#BWNHYT8
#5630132440192#
SARAH J IANNOZZI
41 N RICHARDSON AVE
LANSDALE PA 19446-2128

HSBC CARD SERVICES
PO BOX 17051
BALTIMORE MD 21297-1051

4663090013244018000228570050 6576

Case# 2015-32332-2 Docketed at Montgomery County Prothonotary on 12/31/2015 11:34 AM, Fee = $0.00

**ORCHARD BANK®**

VISA

SARAH J IANNOZZI

Page 1 of 2

| ACCOUNT SUMMARY | |
|---|---|
| ACCOUNT NUMBER | [redacted]4015 |
| CASH CREDIT LIMIT † | $300 |
| CASH LIMIT AVAILABLE | $0 |
| TOTAL CREDIT LIMIT | $300 |
| TOTAL CREDIT LIMIT AVAILABLE | $0 |
| STATEMENT DATE | 12/11/08 |

| PAYMENT SUMMARY | |
|---|---|
| MINIMUM PAYMENT* | $20.00 |
| PAYMENT DUE DATE | 01/05/09 |
| OVERLIMIT AMOUNT | $141.62 |
| PAST DUE AMOUNT | $80.00 |
| CURRENT PAYMENT DUE* | $161.62 |

*To avoid additional late and/or overlimit fees, you must pay the Current Payment Due (which includes the Minimum Payment and any Past Due and/or Overlimit Amount). *See About Your Payment on reverse for an explanation of these amounts.*

| BALANCE SUMMARY | | |
|---|---|---|
| PREVIOUS BALANCE | | $398.03 |
| PAYMENTS/CREDITS | - | $0.00 |
| PURCHASES/DEBITS | + | $33.68 |
| LATE PAYMENT CHARGE | + | $0.00 |
| MISC. FINANCE CHARGE | + | $0.00 |
| FINANCE CHARGE | + | $9.91 |
| NEW BALANCE | = | $441.62 |

† Cash Credit Limit is a portion of the Total Credit Limit

## TRANSACTION SUMMARY

(For additional transaction detail go to www.orchardbank.com)

| TRANS DATE | POST DATE | TRANSACTION DESCRIPTION | REFERENCE NUMBER | AMOUNT CHARGES | AMOUNT CREDITS |
|---|---|---|---|---|---|
| 12/06 | 12/07 | OVERLIMIT CHARGE ASSESSMENT | 10000005050000289548300 | $30.00 | |
| 12/11 | 12/11 | ACCOUNTSECURE PLUS 800-690-1532 | | $3.68 | |

YOUR ACCOUNT IS NOW PAST DUE. PLEASE CALL TODAY TO MAKE YOUR PAYMENT OVER THE PHONE. CALL US AT 800-434-4984

## PERIODIC FINANCE CHARGE SUMMARY

This is a grace account. Grace period information on back.

| | Balance Subject To Finance Charge Average Daily Balance | Daily Periodic Rate | Days in Billing Cycle | Finance Charges At Periodic Rate | NOMINAL ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|
| PURCHASES | $408.74 | 0.08080%(V) | 30 | $9.91 | 29.49%(V) |
| CASH ADVANCES | $0.00 | 0.08080%(V) | 30 | $0.00 | 29.49%(V) |
| ANNUAL PERCENTAGE RATE** | 29.490% | | | | |

**May be higher than Nominal Percentage Rate if statement includes misc. finance charges.
(V) Indicates variable rate

**✓ MAIL PAYMENTS TO:**
HSBC CARD SERVICES
PO BOX 17051
BALTIMORE MD 21297-1051

**☎ QUESTIONS?**
24-HOUR AUTOMATED ACCOUNT INFORMATION
ENGLISH 1-800-477-1024
ESPAÑOL 1-503-293-4834
Manage your account online at:
www.orchardbank.com

**✉ MAIL INQUIRIES TO:**
HSBC CARD SERVICES
PO BOX 80084
SALINAS CA 93912-0084

110010 5 A 11 0000000503 0 STMT07 0 1 00028012 0051

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT: To Assure Proper Credit Please Write You Account Number On Your Check

| Account Number | | | [redacted]4018 |
|---|---|---|---|
| New Balance | $441.62 | Minimum Payment | $20.00 |
| Payment Due Date | 01/05/09 | Current Payment Due | $161.62 |

Include account number on check to HSBC CARD SERVICES. Do not send cash. Send payment 7 to 10 days prior to Payment Due Date to ensure timely delivery. To avoid additional late and/or overlimit fees, pay the Current Payment Due.

Amount Enclosed

#SWNHYTS
#19380132440189
SARAH J IANNOZZI
41 N RICHARDSON AVE
LANSDALE PA 19446-2128

HSBC CARD SERVICES
PO BOX 17051
BALTIMORE MD 21297-1051

466309001324401800016162000441629

# ORCHARD BANK®



Page 2 of 2

SARAH J IANNOZZI

---

**IMPORTANT INFORMATION**

Your AccountSecure® protection has been suspended due to the past due status of your account. Your benefits may be eligible for reinstatement once the status of your account meets the eligibility requirements outlined in this enrollment information.

**********CARDMEMBER NEWS**********

Save time - pay your bill online. Don't waste time and money on stamps and checks! Simply choose your payment amount and select a payment date. Enroll today at orchardbank.com.

---

**MAIL PAYMENTS TO:**
HSBC CARD SERVICES
PO BOX 17051
BALTIMORE MD 21297-1051

**QUESTIONS?**
24-HOUR AUTOMATED ACCOUNT INFORMATION
ENGLISH 1-800-477-1034
ESPAÑOL 1-800-286-6834
Manage your account online at:
www.orchardbank.com

**MAIL INQUIRIES TO:**
HSBC CARD SERVICES
PO BOX 60294
SALINAS CA 93912-0294

1101016A 11 000000260 0 01N757 D 1
PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT. To Assure Proper Credit Please Write Your Account Number On Your Check

00252012          0051

# ORCHARD BANK



SARAH J IANNOZZI

Page 1 of 1

| ACCOUNT SUMMARY | |
|---|---|
| ACCOUNT NUMBER | ████████4018 |
| CASH CREDIT LIMIT † | $75 |
| CASH LIMIT AVAILABLE | $0 |
| TOTAL CREDIT LIMIT | $300 |
| TOTAL CREDIT LIMIT AVAILABLE | $0 |
| STATEMENT DATE | 01/11/09 |

† Cash Credit Limit is a portion of the Total Credit Limit

| PAYMENT SUMMARY | |
|---|---|
| MINIMUM PAYMENT* | $22.00 |
| PAYMENT DUE DATE | 02/05/09 |
| OVERLIMIT AMOUNT | $182.00 |
| PAST DUE AMOUNT | $22.00 |
| CURRENT PAYMENT DUE* | $204.00 |

To avoid additional late and/or overlimit fees, you must pay the Current Payment Due (which includes the Minimum Payment and any Past Due and/or Overlimit Amounts). *See About Your Payment on reverse for an explanation of these amounts.

| BALANCE SUMMARY | | |
|---|---|---|
| PREVIOUS BALANCE | | $441.62 |
| PAYMENTS/CREDITS | − | $0.00 |
| PURCHASES/DEBITS | + | $30.00 |
| LATE PAYMENT CHARGE | + | $0.00 |
| MISC. FINANCE CHARGE | + | $0.00 |
| FINANCE CHARGE | + | $11.37 |
| NEW BALANCE | = | $482.99 |

## TRANSACTION SUMMARY
(For additional transaction detail go to www.orchardbank.com)

| TRANS DATE | POST DATE | TRANSACTION DESCRIPTION | REFERENCE NUMBER | CHARGES | AMOUNT CREDITS |
|---|---|---|---|---|---|
| 01/05 | 01/05 | OVERLIMIT CHARGE ASSESSMENT | 10000005000000998678320 | $30.00 | |

YOUR ACCOUNT IS NOW PAST DUE. PLEASE CALL TODAY TO MAKE YOUR PAYMENT OVER THE PHONE. CALL US AT 800-434-4954.

## PERIODIC FINANCE CHARGE SUMMARY
This is a grace account. Grace period information on back.

| | Balance Subject To Finance Charge Average Daily Balance | Daily Periodic Rate | Days In Billing Cycle | Finance Charges At Periodic Rate | NOMINAL ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|
| PURCHASES | $453.51 | 0.05080%(v) | 31 | $11.37 | 29.49%(V) |
| CASH ADVANCES | $0.00 | 0.08080%(v) | 31 | $0.00 | 29.47%(V) |
| ANNUAL PERCENTAGE RATE** | 29.490% | | | | |

**May be higher than Nominal Percentage Rate if statement includes misc. finance charges.
(V) indicates variable rate

## IMPORTANT INFORMATION

Your credit line available for Cash Advances has been adjusted as shown in the Cash Credit Limit above.

✓ MAIL PAYMENTS TO:
HSBC CARD SERVICES
PO BOX 17051
BALTIMORE MD 21297-1051

☎ QUESTIONS?
24-HOUR AUTOMATED ACCOUNT INFORMATION
ENGLISH 1-800-477-1024
ESPAÑOL 1-909-393-4894
🖥 Manage your account online at:
www.orchardbank.com

✉ MAIL INQUIRIES TO:
HSBC CARD SERVICES
PO BOX 60084
SALINAS CA 93912-0084

110010 5 A 11   0000000603   G   STMT07   D 1                    00093371       0091

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT: To Assure Proper Credit Please Write Your Account Number On Your Check

| Account Number | | 4018 |
|---|---|---|
| New Balance | $482.99 | Minimum Payment $22.00 |
| Payment Due Date | 02/05/09 | Current Payment Due $204.99 |

Include account number on check to HSBC CARD SERVICES. Do not send cash. Send payment 7 to 10 days prior to Payment Due Date to ensure timely delivery. To avoid additional late and/or overlimit fees, pay the Current Payment Due.

Amount Enclosed

#BWNHYTS
#3830132440199
SARAH J IANNOZZI
41 N RICHARDSON AVE
LANSDALE PA  19446-2123

HSBC CARD SERVICES
PO BOX 17051
BALTIMORE  MD  21297-1051

4663090013244018000204990004 82995

# ORCHARD BANK



SARAH J IANNOZZI

Page 1 of 1

| ACCOUNT SUMMARY | |
|---|---|
| ACCOUNT NUMBER | ████4018 |
| CASH CREDIT LIMIT † | $75 |
| CASH LIMIT AVAILABLE | $0 |
| TOTAL CREDIT LIMIT | $300 |
| TOTAL CREDIT AVAILABLE | $0 |
| STATEMENT DATE | 02/11/09 |

† Cash Credit Limit is a portion of the Total Credit Limit

| PAYMENT SUMMARY | |
|---|---|
| MINIMUM PAYMENT* | $23.00 |
| PAYMENT DUE DATE | 03/09/09 |
| OVERLIMIT AMOUNT | $195.24 |
| PAST DUE AMOUNT | $105.00 |
| CURRENT PAYMENT DUE* | $218.24 |

To avoid additional late and/or overlimit fees, you must pay the Current Payment Due (which includes the Minimum Payment and any Past Due and/or Overlimit Amount). *See About Your Payment on reverse for an explanation of these amounts.

| BALANCE SUMMARY | | |
|---|---|---|
| PREVIOUS BALANCE | | $482.99 |
| PAYMENTS/CREDITS | | $0.00 |
| PURCHASES/DEBITS | + | $0.00 |
| LATE PAYMENT CHARGE | + | $0.00 |
| MISC. FINANCE CHARGE | + | $0.00 |
| FINANCE CHARGE | + | $12.25 |
| NEW BALANCE | = | $495.24 |

## PERIODIC FINANCE CHARGE SUMMARY
This is a grace account. Grace period information on back.

| | Balance Subject To Finance Charge Average Daily Balance | Daily Periodic Rate | Days In Billing Cycle | Finance Charges At Periodic Rate | NOMINAL ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|
| PURCHASES | $455.69 | 0.08060%(M) | 31 | $12.25 | 29.40%(V) |
| CASH ADVANCES | $0.00 | 0.08060%(M) | 31 | $0.00 | 29.40%(V) |
| ANNUAL PERCENTAGE RATE** | 29.400% | | | | |

**May be higher than Nominal Percentage Rate if statement includes misc. finance charges.
(V) indicates variable rate

## IMPORTANT INFORMATION
Your account has been placed with a collection agency. Please contact them directly, or call us at 1-800-388-5333.

✓ **MAIL PAYMENTS TO:**
HSBC CARD SERVICES
PO BOX 17051
BALTIMORE MD 21297-1051

☎ **QUESTIONS?**
24-HOUR AUTOMATED ACCOUNT INFORMATION
ENGLISH 1-800-477-1024
ESPAÑOL 1-503-293-4834
✉ Manage your account online at:
www.orchardbank.com

✉ **MAIL INQUIRIES TO:**
HSBC CARD SERVICES
PO BOX 60084
SALINAS CA 93912-0084

11001051 11  0000000503  G    STMT07  D 1                              00021360      CD91

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT: To Assure Proper Credit Please Write Your Account Number On Your Check

| Account Number | ████4018 |
|---|---|
| New Balance | $495.24 |
| Payment Due Date | 03/09/09 |

| Minimum Payment | $23.00 |
|---|---|
| Current Payment Due | $218.24 |

Include account number on check to HSBC CARD SERVICES.  Do not send cash. Send payment 7 to 10 days prior to Payment Due Date to ensure timely delivery. To avoid additional late and/or overlimit fees, pay the Current Payment Due.

Amount Enclosed

#BWNHYTB#
#363013244018#
SARAH J IANNOZZI
41 N RICHARDSON AVE
LANSDALE PA  19446-2125

HSBC CARD SERVICES
PO BOX 17051
BALTIMORE MD  21297-1051

466309001324401800021824000495243

Case# 2015-32332-2 Docketed at Montgomery County Prothonotary on 12/31/2015 11:34 AM, Fee = $0.00

Case# 2015-32332-2 Docketed at Montgomery County Prothonotary on 12/31/2015 11:34 AM, Fee = $0.00

# ORCHARD BANK

 VISA

SARAH J IANNOZZI

Page 1 of 1

| ACCOUNT SUMMARY | |
|---|---|
| ACCOUNT NUMBER | 4018 |
| CASH CREDIT LIMIT † | $75 |
| CASH LIMIT AVAILABLE | $0 |
| TOTAL CREDIT LIMIT | $300 |
| TOTAL CREDIT LIMIT AVAILABLE | $0 |
| STATEMENT DATE | 03/11/09 |

† Cash Credit Limit is a portion of the Total Credit Limit

| PAYMENT SUMMARY | |
|---|---|
| MINIMUM PAYMENT* | $22.00 |
| PAYMENT DUE DATE | 04/05/09 |
| OVERLIMIT AMOUNT | $206.57 |
| PAST DUE AMOUNT | $129.00 |
| CURRENT PAYMENT DUE* | $228.57 |

To avoid additional late and/or overlimit fees, you must pay the Current Payment Due (which includes the Minimum Payment and any Past Due and/or Overlimit Amounts). *See About Your Payment on reverse for an explanation of these amounts.

| BALANCE SUMMARY | | |
|---|---|---|
| PREVIOUS BALANCE | | $495.24 |
| PAYMENTS/CREDITS | − | $0.00 |
| PURCHASES/DEBITS | + | $0.00 |
| LATE PAYMENT CHARGE | + | $0.00 |
| MISC. FINANCE CHARGE | + | $0.00 |
| FINANCE CHARGE | + | $11.33 |
| NEW BALANCE | = | $506.57 |

## PERIODIC FINANCE CHARGE SUMMARY
This is a grace account. Grace period information on back.

| | Balance Subject To Finance Charge Average Daily Balance | Daily Periodic Rate | Days In Billing Cycle | Finance Charges At Periodic Rate | NOMINAL ANNUAL PERCENTAGE RATE |
|---|---|---|---|---|---|
| PURCHASES | $506.55 | 0.08050%(V) | 28 | $11.33 | 29.470%(V) |
| CASH ADVANCES | $0.00 | 0.08050%(V) | 28 | $0.00 | 29.470%(V) |
| ANNUAL PERCENTAGE RATE** | | 29.430% | | | |

**May be higher than Nominal Percentage Rate if statement includes misc. finance charges.
(V) indicates variable rate

✓ MAIL PAYMENTS TO:
HSBC CARD SERVICES
PO BOX 17051
BALTIMORE MD 21297-1051

☎ QUESTIONS?
24-HOUR AUTOMATED ACCOUNT INFORMATION
ENGLISH 1-800-477-1034
ESPAÑOL 1-503-293-4934
⌨ Manage your account online at
www.orchardbank.com

✉ MAIL INQUIRIES TO:
HSBC CARD SERVICES
PO BOX 80084
SALINAS CA 93912-0084

110019 51 11 0000000508  G   STMT07  D 1                    00016319         OD51

PLEASE DETACH AND RETURN BOTTOM PORTION WITH YOUR PAYMENT: To Assure Proper Credit Please Write Your Account Number On Your Check

| Account Number | | 4018 |
|---|---|---|
| New Balance | $506.57 | Minimum Payment | $22.00 |
| Payment Due Date | 04/05/09 | Current Payment Due | $228.57 |

Include account number on check to HSBC CARD SERVICES. Do not send cash. Send payment 7 to 10 days prior to Payment Due Date to ensure timely delivery. To avoid additional late and/or overlimit fees, pay the Current Payment Due.

Amount
Enclosed

#SWNHYT5
#9830132440139#
SARAH J IANNOZZI
41 N RICHARDSON AVE
LANSDALE PA 19446-2125

HSBC CARD SERVICES
PO BOX 17051
BALTIMORE MD 21297-1051

4663090013244018000228570005065 76

Case# 2015-32332-2 Docketed at Montgomery County Prothonotary on 12/31/2015 11:34 AM, Fee = $0.00

Sarah J. Iannozzi
2039 Canyon Creek Road - Gilbertsville, PA  19525
215 ██████████

HSBC Bank
PO Box 9 Buffalo
NY 14240.0009:

**RE:  Sarah J. Iannozzi          SSN:** ██████████     **DOB:** ██████████
**Original Alleged Creditor: HSBC Bank**
**HSBC Partial Account No.** ██████████ xxx
**Balance $0**
**Alleged Charge Off Balance $163**

To Whom it May Concern:

> Your company has placed derogatory information about the above referenced account on my credit report.  I wish to dispute the above referenced account.

> I am not disputing that this account pertains to me.  But I am disputing the amount of the alleged charge off balance which you are claiming.

> Please provide me with a copy of the contract which proves the amount of the alleged charge off balance which you are claiming.  If you do not have a contract, then please provide specific and detailed alternate proof of the alleged high balance.

> If you do not have this documentation, then please remove the derogatory information from my consumer report.

> Thank you.

Sincerely,

Sarah J. Iannozz          5/20/15
                                   Date

Case# 2015-32332-2 Docketed at Montgomery County Prothonotary on 12/31/2015 11:34 AM, Fee = $0.00

Sarah J. Iannozzi
2039 Canyon Creek Road - Gilbertsville, PA 19525
215█████████

Experian
P.O. Box 2002
Allen, TX 75013

RE:  **Sarah J. Iannozzi**          **SSN:**█████████          **DOB:**█████████
**HSBC Partial Account No.**████████████xxxx
**Balance $0**
**Alleged Charge Off Balance $163**

To Whom it May Concern:

I wish to dispute the above referenced account.  I am not disputing that this account pertains to me.  But I am disputing the amount of the alleged charge off balance which HSBC is claiming.

I have written to HSBC in the past.  I have asked HSBC to provide me with a copy of the contract which proves the amount of the alleged charge off balance which they are claiming.  See attached exhibits.

HSBC has received my dispute and request for documentation.  HSBC has responded  But the response is woefully deficient.  HSBC never produced any contract to justify the imposition of fees, interest and other charges.  HSBC sent a series of account statements for the account.  But these statements are not a contract and by themselves do not justify the amount of interest, finance charges or other fees.  See attached exhibits.

Because of the lack of  documentation, please remove the derogatory information from my consumer report.

Thank you.

Sincerely,

Sarah J. Iannozz                5/20/15
                                Date



**Prepared for:** SARAH J IANNOZZI
**Date:** June 15, 2015
**Report number:** 4155-9958-18

Page 1 of 4

## Dear SARAH J IANNOZZI,

*To assist you in understanding your correction summary, we have provided additional information that relates directly to items on your personal credit report.*

HSBC BANK
████████████
PLEASE CONTACT CREDIT GRANTOR AT -8007721413-

According to the Fair Credit Reporting Act (FCRA), a national consumer credit reporting agency's role in the dispute process is to review the accuracy and completeness of any disputed item which may include contacting the source of the disputed information and informing them of all relevant information regarding the consumer's dispute. If the issue is not resolved, then the consumer credit reporting agency must offer to include a consumer statement on the personal credit report.

The Consumer Financial Protection Bureau (the government agency charged with enforcement of the FCRA) **does not require that the consumer credit reporting company obtain documentation such as the actual signed sales slips, signature cards, contracts, etc.; nor does it require that consumer credit reporting agencies act as mediators or negotiators in account disputes.**

Sincerely,

Experian
NCAC
PO BOX 9701
Allen TX 75013

Scan me with your smart phone
for special offers from Experian.

PO Box 9701
Allen, TX 75013



0014695 01*B0J06 **AUTO T4 07141 19525-70019 -C01-P14709J
SARAH J IANNOZZI
2039 CANYON CREEK ROAD
GILBERTSVILLE PA 19525-7001

0433017529

Case# 2015-32332-2 Docketed at Montgomery County Prothonotary on 12/31/2015 11:34 AM, Fee = $0.00

**Experian**
A world of insight

Prepared for: **SARAH J IANNOZZI**
Date: **June 15, 2015**
Report number: **4155-5955-15**

Page 3 of 4

## Your accounts in good standing

These items may stay on your credit report for as long as they are open.  Once an account is closed or paid off it may continue to appear on your report for up to ten years.

### Payment history legend

| | | | |
|---|---|---|---|
| OK | Current/Terms of agreement met | VS | Voluntarily surrendered |
| 30 | Account 30 days past due | R | Repossession |
| 60 | Account 60 days past due | PBC | Paid by creditor |
| 90 | Account 90 days past due | IC | Insurance claim |
| 120 | Account 120 days past due | G | Claim filed with government |
| 150 | Account 150 days past due | D | Defaulted on contract |
| 180 | Account 180 days past due | C | Collection |
| CRD | Creditor received deed | CO | Charge off |
| FS | Foreclosure proceedings started | CLS | Closed |
| F | Foreclosed | ND | No data for this time period |

## Credit items

**HSBC BANK**
PO BOX 9
BUFFALO NY 14240
**Phone number**
(888) 385 8916
**Partial account number**
466309001324....
**Address identification number**
0041330785
**Sold to: PORTFOLIO RECOVRY**

**Date opened**
Oct 2007
**First reported**
Sep 2009
**Date of status**
Sep 2009

**Type**
Credit card
**Terms**
Not reported
**Monthly payment**
Not reported

**Credit limit or original amount**
Not reported
**High balance**
$506

**Recent balance**
$0 as of Sep 2009

**Responsibility**
Individual
**Status**
Closed.
This account is scheduled to continue on record until Sep 2019.
**Comment**
Account information disputed by consumer (Meets requirement of the Fair Credit Reporting Act).
**Comment:**
Purchased by another lender.
This item was updated from our processing of your dispute in Jun 2015.

**Payment history**
2009
SEP
CLS

0433017529



**Prepared for: SARAH J IANNOZZI**
**Date: June 15, 2015**
**Report number: 4165-9958-18**

Page 4 of 4

— End of Report —

If you disagree with information in your report you may dispute most information at:

**www.experian.com/disputes**

You may also visit www.experian.com to view your report again.

0433017529

# IN THE COURT OF COMMON PLEAS OF MONTGOMERY COUNTY, PENNSYLVANIA

SARAH IANNOZZI

vs.

EXPERIAN INFORMATION SOLUTIONS INC

NO. 2015-32351

## NOTICE TO DEFEND - CIVIL

You have been sued in court. If you wish to defend against the claims set forth in the following pages, you must take action within twenty (20) days after this complaint and notice are served, by entering a written appearance personally or by attorney and filing in writing with the court your defenses or objections to the claims set forth against you. You are warned that if you fail to do so the case may proceed without you and a judgment may be entered against you by the court without further notice for any money claimed in the complaint or for any other claim or relief requested by the plaintiff. You may lose money or property or other rights important to you.

YOU SHOULD TAKE THIS PAPER TO YOUR LAWYER AT ONCE. IF YOU DO NOT HAVE A LAWYER, GO TO OR TELEPHONE THE OFFICE SET FORTH BELOW. THIS OFFICE CAN PROVIDE YOU WITH INFORMATION ABOUT HIRING A LAWYER.

IF YOU CANNOT AFFORD TO HIRE A LAWYER, THIS OFFICE MAY BE ABLE TO PROVIDE YOU WITH INFORMATION ABOUT AGENCIES THAT MAY OFFER LEGAL SERVICES TO ELIGIBLE PERSONS AT A REDUCED FEE OR NO FEE.

LAWYER REFERENCE SERVICE
MONTGOMERY BAR ASSOCIATION
100 West Airy Street (REAR)
NORRISTOWN, PA 19404-0268

(610) 279-9660, EXTENSION 201

Case# 2015-32351-2 Docketed at Montgomery County Prothonotary on 12/31/2015 12:03 PM, Fee = 90.00

**BRUNO, GERBINO & SORIANO, LLP**

COUNSELLORS AT LAW

445 BROAD HOLLOW ROAD - SUITE 220

MELVILLE, NEW YORK 11747-3601

**TO:**

HSBC Bank, N.A.
Office of the General Counsel
One HSBC Center, 27th Floor
Buffalo, New York 14203-2827

# Exhibit B

STRADLEY RONON STEVENS & YOUNG, LLP
By:    Christine M. Debevec, Esq.
       PA Attorney No. 88107
       Thomas M. Brodowski, Esq.             Attorneys for Defendant,
       PA Attorney No. 207377                HSBC Card Services, Inc.
2005 Market Street, Suite 2600               (misidentified in the Complaint as
Philadelphia, PA 19103                       "HSBC USA, Inc. and
(215) 564-8000                               HSBC Bank USA")
(215) 564-8120 – fax

| | | |
|---|---|---|
| SARAH IANNOZZI, | : | IN THE COURT OF COMMON PLEAS |
| | : | OF MONTGOMERY COUNTY |
| Plaintiff, | : | |
| | : | CIVIL ACTION - LAW |
| v. | : | |
| | : | |
| HSBC USA, INC. and | : | |
| HSBC BANK USA, and | : | No. 2015-32332 |
| X, Y, Z Corporations, | : | |
| | : | |
| Defendants. | : | |

## NOTICE OF FILING OF NOTICE OF REMOVAL

Pursuant to 28 U.S.C. § 1446(d), Defendant, HSBC Card Services, Inc.

(misidentified in the Complaint as "HSBC USA, Inc. and HSBC Bank USA") ("HSBC"), by and

through undersigned counsel, hereby gives notice that it has filed in the United States District

Court for the Eastern District of Pennsylvania the attached Notice of Removal (without exhibits)

of the above-captioned action.

Pursuant to 28 U.S.C. § 1446, the filing of this Notice effects the removal of this

action to the federal court, and this Court is directed to "proceed no further unless and until the

case is remanded." 28 U.S.C. § 1446(d).

Christine M. Debevec, Esquire
Thomas M. Brodowski, Esquire
STRADLEY RONON STEVENS & YOUNG, LLP
2005 Market Street, Suite 2600
Philadelphia, PA 19103
(215) 564-8000
(215) 564-8120 – fax

Dated:  February 1, 2016

*Attorneys for Defendant,*
*HSBC Card Services, Inc.*
*(misidentified in the Complaint as "HSBC USA,*
*Inc. and HSBC Bank USA")*

## <u>CERTIFICATE OF SERVICE</u>

       I, Thomas M. Brodowski, Esquire, hereby certify that a true and correct copy of

the foregoing Notice of Filing of Notice of Removal was served via UPS Overnight Delivery,

First Class U.S. mail, and e-mail upon the following:

                    Vicki Piontek, Esquire
                    951 Allentown Road
                    Lansdale, PA 19446
                    vicki.piontek@gmail.com
                    *Attorney for Plaintiff*

Dated:  February 1, 2016                    _____
                                  Thomas M. Brodowski

# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

SARAH IANNOZZI,

        Plaintiff,

  vs.

HSBC USA, INC. and
HSBC BANK USA.,

        Defendants.

No.

**NOTICE OF REMOVAL**

Pursuant to 28 U.S.C. § 1331, 28 U.S.C. § 1441 and 28 U.S.C. 1446, Defendant, HSBC Card Services, Inc. (misidentified in the Complaint as "HSBC USA, Inc. and HSBC Bank USA") ("HSBC"), by and through undersigned counsel, hereby removes to the United States District Court for the Eastern District of Pennsylvania the case styled as Sarah Iannozzi v. HSBC USA, Inc., et al., Docket No. 2015-32332 (the "State Court Action"), originally filed in the Pennsylvania Court of Common Pleas of Montgomery County, Civil Division.

As grounds for removal, HSBC states as follows:

## THE REMOVED CASE

1.      Plaintiff, Sarah Iannozzi ("Plaintiff"), initiated the State Court Action by filing a Complaint against HSBC on December 31, 2015. HSBC received the Complaint through U.S. Mail on or about January 4, 2016. Pursuant to 28 U.S.C. § 1446(a), a copy of the Summons and Complaint, as received by HSBC, is attached hereto as "Exhibit A."

2.      This Notice of Removal is timely pursuant to 28 U.S.C. § 1446(b), because it is filed within less than thirty days after service of the Summons and Complaint on HSBC.

3.     In the Complaint, Plaintiff alleges that HSBC violated the federal Fair Credit Reporting Act, 15 U.S.C. § 1681 et seq. ("FCRA"), because it "failed and willfully refused to conduct an investigation" regarding an alleged consumer debt which appeared on Plaintiff's credit report, despite allegedly receiving written requests from Plaintiff to do so. (Compl. ¶¶ 17-18.)   Plaintiff also alleges that HSBC improperly verified "derogatory information" to Experian Information Solutions, Inc., without first conducting an appropriate investigation. (Id. ¶ 20, 29.)

4.     Consequently, Plaintiff has asserted claims arising under the laws of the United States, namely, FCRA.

5.     This Court has federal question jurisdiction over the entire case pursuant to 28 U.S.C. § 1331, in that the claims "aris[e] under the … laws … of the United States."

6.     This Court is the United States District Court for the district within which the State Court Action is pending.  The State Court Action is properly removed to this Court pursuant to 28 U.S.C. §§ 1441 and 1446.

7.     Pursuant to 28 U.S.C. § 1446(d), written notice of the filing of this Notice of Removal, together with a copy of this Notice of Removal and attached exhibits, is being filed with the Prothonotary of the Montgomery County Court of Common Pleas, Civil Division, and served on Plaintiff.  A copy of the Notice to the State Court of Filing of Notice of Removal is attached hereto as "Exhibit B."

8.     In filing this Notice of Removal, HSBC reserves any and all defenses, objections, and exceptions, including without limitation those relating to jurisdiction, venue, and statutes of limitation.

WHEREFORE, HSBC hereby removes the State Court Action to the United States District Court for the Eastern District of Pennsylvania.

/s/ Thomas M. Brodowski
Christine M. Debevec
Thomas M. Brodowski
Stradley Ronon Stevens & Young, LLP
A Pennsylvania Limited Liability Partnership
2005 Market Street, Suite 2600
Philadelphia, PA 19103
(215) 564-8000
(215) 564-8120 – fax

*Attorneys for Defendant,*
*HSBC Card Services, Inc.*
*(misidentified in the Complaint as "HSBC USA, Inc.*
*and HSBC Bank USA")*

Dated:   February 1, 2016

## CERTIFICATE OF SERVICE

I, Thomas M. Brodowski, hereby certify that on February 1, 2016, I caused the foregoing Notice of Removal, and accompanying exhibits, to be sent for filing to the Clerk of the United States District Court for the Eastern District of Pennsylvania.

I further certify that on this date, I caused a true and correct copy of the foregoing to be served via UPS Overnight Delivery, First Class U.S. mail and e-mail upon the following:

> Vicki Piontek, Esquire
> 951 Allentown Road
> Lansdale, PA 19446
> vicki.piontek@gmail.com
> *Attorney for Plaintiff*

*/s/ Thomas M. Brodowski*
Thomas M. Brodowski

## CERTIFICATE OF SERVICE

I, Thomas M. Brodowski, hereby certify that on February 1, 2016, I caused the foregoing Notice of Removal, and accompanying exhibits, to be sent for filing to the Clerk of the United States District Court for the Eastern District of Pennsylvania.

I further certify that on this date, I caused a true and correct copy of the foregoing to be served via UPS Overnight Delivery, First Class U.S. mail and e-mail upon the following:

> Vicki Piontek, Esquire
> 951 Allentown Road
> Lansdale, PA 19446
> vicki.piontek@gmail.com
> *Attorney for Plaintiff*

*/s/ Thomas M. Brodowski*
Thomas M. Brodowski